# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILL H. JACKSON

NO. 2020 KW 1143

**DECEMBER 30, 2020**

In Re:     Will H. Jackson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 46627.

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the application for postconviction relief filed with the district court, the district court's ruling on the application, the state's answer, if any, the indictment, the commitment order, all pertinent transcripts and/or minute entries, and any other portion of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before March 1, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT